Daniel J. Rylander, P.C.
Attorney At Law
2701 E. Speedway Blvd., Suite 203
Tucson, Arizona 85716
Office (520) 299-4922-Fax (520)299-1482

Daniel J. Rylander
PAN #64969 - Ariz. Bar #15279
Attorney for Debtors.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRAD FREDERICK KOCH<br>SSN: xxx-xx-9484<br><br>MICHELLE RENE JESSEE<br>SSN: xxx-xx-6052<br><br>Debtors.<br><br>BRAD FREDERICK KOCH and<br>MICHELLE RENE JESSEE,<br><br>Plaintiffs,<br><br>vs.<br><br>VANTAGE WEST CREDIT UNION,<br>ITS SUCCESSORS AND ASSIGNS,<br>Defendant/Creditor. | In Proceedings Under Chapter 13<br><br>No.: 4:12-bk-12221-EWH<br>ADV: 4:13-ap-00087-EWH<br><br>**CERTIFICATE OF SERVICE OF**<br>**SUMMONS AND COMPLAINT** |

I, Marisa Bernal, certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of this Summons and a copy of the Complaint was made on January 25, 2013 by:

■    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Howard A. Chorost
21 East Speedway Blvd.
Tucson, AZ 85705

Dianne C. Kerns
mail@dcktrustee.com
Chapter 13 Trustee

| | |
|---|---|
| 1 | ☐ Personal Service: By leaving the process with the defendant or with an officer or agent |
| 2 | of defendant at: |
| 3 | ☐ Residence Service: By leaving the process with the following adult at: |
| 4 | ■ Certified Mail Service on an Insured Depository Institution: By sending the process by |
| 5 | Certified Mail addressed to the following officer of the defendant, with a copy of return |
| 6 | receipt attached : |

>    Vantage West Credit Union
>    2480 N. Arcadia Drive
>    Tucson, AZ 85712
>    Attn: Robert D. Ramirez, Manager; Doris Gant, Statutory Agent

☐ Publication: The defendant was served as follows:

☐ State Law: The defendant was served pursuant to the laws of the State of Arizona as follows:

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made. Under penalty of perjury, I declare that the foregoing is true and correct.

**DATED:** March 29, 2013.


/s/ Marisa Bernal
Legal Assistant

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Vantage West Credit Union
2480 N. Arcadia Dr.
Tucson AZ 85712
Attn: Robert Ramirez &
Doris Grant

**2. Article Number** (Transfer from service label)

7007 2560 0002 2194 9549

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**
X _Adele Kelch_  ☒ Agent  ☐ Addressee

**B. Received by (Printed Name):** Adele Kelch
**C. Date of Delivery:** 1/28/13

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

2480 N. Arcadia Ave
—12

**3. Service Type**
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery?** (Extra Fee)   ☐ Yes